UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVON MONTELL ARBITTER,

    Defendant.

_____/

Case: 2:23-cr-20004
Assigned To : Leitman, Matthew F.
Referral Judge: Grand, David R.
Assign. Date : 1/3/2023 12:37 PM
Description: INDI USA V. ARBITTER (DA)

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
*18 U.S.C. § 922(g)(1)*
*Felon in Possession of a Firearm and Ammunition*

On or about September 29, 2022, in the Eastern District of Michigan, Southern Division, the defendant, Davon Montell Arbitter, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, to wit: one (1) Jimenez Arms 9mm caliber semiautomatic handgun and 9mm ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

*18 U.S.C. § 924(d) and 28 U.S.C. § 2461*
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant Davon Montell Arbitter shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to: one (1) Jimenez Arms 9mm caliber semiautomatic handgun and 9mm ammunition.

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/ Brandy R. McMillion*
BRANDY R. MCMILLION
Chief, General Crimes Unit
Assistant United States Attorney


*/s Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Assistant United States Attorney

Dated: January 3, 2023

United States District Court
Eastern District of Michigan

Criminal Case

Case: 2:23-cr-20004
Assigned To : Leitman, Matthew F.
Referral Judge: Grand, David R.
Assign. Date : 1/3/2023 12:37 PM
Description: INDI USA V. ARBITTER (DA)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _DcS_ |

**Case Title:** USA v. Davon Montell Arbitter

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

   ✓ Indictment/____Information --- **no** prior complaint.
   ____Indictment/____Information --- based upon prior complaint [Case number:                    ]
   ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 3, 2023
Date

Douglas C. Salzenstein
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9196
Fax:    313-226-2311
E-Mail address: Doug.Salzenstein@usdoj.gov
Attorney Bar #: P59288

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.