UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 23-cr-20004
                                      Hon. Matthew F. Leitman

DAVON ARBITTER,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION (ECF No. 34)

Now before the Court is a motion by Defendant Davon Arbitter for reconsideration of the Court's earlier order (ECF No. 33) denying his motion for resentencing under Amendment 821 of the United States Sentencing Guidelines (ECF No. 29). The motion is DENIED. For the reasons explained on the record when the Court denied Arbitter's motion for resentencing, the Court remains persuaded that the factors under 18 U.S.C. § 3553(a) warrant and support the sentence originally imposed by the Court.

    **IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated:  March 12, 2024

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2024, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126